

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2015

No. 04-15-00497-CV

**IN RE** Natalie **BAKER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Jason Pulliam, Justice, Dissenting

On August 7, 2015, relator Natalie Baker filed a petition for writ of mandamus and motion for emergency stay pending a ruling on the mandamus petition. This court denied relator's request for emergency stay on August 7, 2015.

On August 10, relator filed an amended mandamus petition and on August 11, she filed a second petition for writ of mandamus and motion for emergency stay complaining of additional orders entered by the trial court regarding the underlying child custody proceeding and an ancillary proceeding for writ of attachment.

The court has considered the petition for writ of mandamus filed on August 7, as well as the amended and second petitions filed on August 10 and 11, and is of the opinion that relator is not entitled to mandamus relief. Accordingly, the petitions for writ of mandamus and relator's second motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 11, 2015.

---

[1] This proceeding arises out of Cause Nos. 2015-CI-11242, styled *In the Interest of A.N.B. and N.A.B., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding; and 2015-CI-12953, styled *Ex parte A.N.B. and N.A.B., Children*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2015.

_____
Keith E. Hottle, Clerk